UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA WILLIAMS,
o.b.o. K.H.,

      Plaintiff,

                                          Case No. 1:05-cv-341

v.

                                          Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On August 1, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

      Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED. Plaintiff's claim for Supplemental Security Income is denied.

Dated: August 31, 2006                                                            /s/ Wendell A. Miles
                                                                               Wendell A. Miles
                                                                               Senior U.S. District Judge